UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER C BENEDITH,<br>　　　　Plaintiff,<br>　v.<br>DEPARTMENT OF MEDICINE, et al.,<br>　　　　Defendants. | Case No. 17-cv-02853-JST<br><br>**ORDER DISMISSING CASE FOR FAILURE TO SHOW CAUSE**<br>Re: ECF No. 41 |

For the reasons stated in the Court's January 31, 2018 Order to Show Cause, ECF No. 41, the Court concludes that Peter C. Benedith has neither properly served his complaint nor shown cause for his failure to serve. The case is therefore dismissed with prejudice. The clerk shall enter judgment.

**IT IS SO ORDERED.**

Dated: February 23, 2018

_____
JON S. TIGAR
United States District Judge